# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FMRR DEVELOPMENT | : | No. 989 MAL 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| BIRDSBORO MUNICIPAL AUTHORITY | : | |
| | : | |
| FRANCIS X. MCLAUGHLIN | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BIRDSBORO WATER AUTHORITY | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  BIRDSBORO MUNICIPAL | : | |
| AUTHORITY AND BIRDSBORO WATER | : | |
| AUTHORITY | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 11th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.